CROSNER LEGAL, PC
Michael R. Crosner (SBN 41299)
mike@crosnerlegal.com
Zachary M. Crosner (SBN 272295)
zach@crosnerlegal.com
Blake R. Jones (SBN 211221)
blake@crosnerlegal.com
Sepideh Ardestani (SBN 274259)
sepideh@crosnerlegal.com
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (310) 496-5818
Facsimile: (310) 510-6429

Attorneys for Plaintiff,
BRITTANY CAMPA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY CAMPA, on behalf of herself, the State of California, and others similarly aggrieved,<br><br>Plaintiff,<br><br>v.<br><br>DHL EXPRESS (USA), INC., an Ohio corporation; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.: CV 22-0032-GW-PDx<br><br>**ORDER RE STIPULATION TO REMAND CASE TO STATE COURT**<br><br>Los Angeles County Superior Court Case No. 21STCV41114<br><br>Complaint Filed: November 8, 2021 |

# **ORDER**

Upon review of the above Stipulation, the Stipulation is GRANTED. The Court ORDERS that Plaintiff's first through sixth causes of action, as pleaded in the original Complaint, are dismissed with prejudice as to Plaintiff and without prejudice as to individual members of the putative class. The Court further ORDERS the First Amended Complaint be filed as the operative pleading in this matter. Thereafter, based on Plaintiff's contention that she seeks less than $5,000,000 in damages on behalf of the putative class as result of the amended pleading, the Court REMANDS this matter to LA Superior.

Date: February 3, 2022

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE